Case 4:21-cv-01020 Document 19 Filed on 02/17/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR HEWLETT, SR., a/k/a VICTOR HEWITT, SR., | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 21-1020 |
| HARRIS COUNTY TEXAS DISTRICT ATTORNEY'S OFFICE, *et al.*, | § § § § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Victor Hewlett, Sr., a/k/a Victor Hewitt, Sr., filed this civil-rights suit and brought claims regarding his 2017 detention and prosecution in Harris County. On January 3, 2022, the Court granted a motion from the City of Humble to dismiss all claims against it with prejudice (Dkt. 18). In the same order, the Court ordered Hewlett to show cause within 30 days why his remaining claims should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for failure to timely serve the defendants. The order warned Hewlett that, if he failed to respond on time, or filed a response that did not demonstrate good cause for his failure to timely serve the defendants, the Court would dismiss his remaining claims. *See* FED. R. CIV. P. 4(m); FED. R. CIV. P. 41(b).

More than 30 days have elapsed since entry of the Court's order. To date, Hewlett has not filed proof of service, or any other document, with the Court. Under these circumstances, his claims against the defendants who have not appeared in this action must be dismissed. *See* FED. R. CIV. P. 4(m); FED. R. CIV. P. 41(b).

The Court **ORDERS** that all remaining claims in this lawsuit are **DISMISSED without prejudice.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____February 17_____, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE